Anthony OLIVER, Appellant,

v.

Jeffrey BEARD, Richard Moyer, Randall Britton, John Sawtelle, and Randy Zitterbart, John Doe I, John Doe II, Appellees.

Supreme Court of Pennsylvania.

Dec. 27, 2006.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**

Mr. Anthony WHITE, Appellant,

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al., Appellees.**

Supreme Court of Pennsylvania.

Dec. 27, 2006.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**

Robert SPRUILL, Appellant,

v.

Edward KLEM, Superintendent, Richard Spaid, Unit Manager, and Gloria Burda, Record Supervisor, Pennsylvania's Department of Corrections, Appellees.

Supreme Court of Pennsylvania.

Dec. 27, 2006.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**